# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR224 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| RAYMOND L. CRAWFORD, | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion to Release Pending Sentencing (#23).  The motion is denied.

The defendant, given his age (34 years), has a significant criminal record (six prior felony convictions) and a history of drug abuse.  The record in this case demonstrates by clear and convincing evidence that no condition or combinations of conditions will reasonably assure the safety of any other persons or the community, and the plan of release fails to overcome the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED,** the defendant's Motion to Release Pending Sentencing (#23) is denied without hearing.

Dated this 29th day of October 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge