IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )            8:07CR224
                                  )
RAYMOND L. CRAWFORD,              )            **ORDER**
                                  )
            Defendant.            )

    Before the court is defendant's Motion to Strike [38].  The defendant has informed the court that this document was inadvertently filed and must be removed from the docket.

    For good cause, the Motion to Strike [38]  is granted and the Clerk is ordered to delete the PDF document from the docket entry [34].

    IT IS SO ORDERED.

    DATED this 25th day of January, 2008.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge